

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| DAMACIO SANDOVAL, JR. | § | No. 08-23-00231-CR |
| Appellant, | § | Appeal from the |
| v. | § | 198th Judicial District Court |
| THE STATE OF TEXAS, | § | of Kerr County, Texas |
| Appellee. | § | (TC# B21-472) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF APRIL 2024.


LISA J. SOTO, Justice


Before Alley, C.J., Palafox and Soto, JJ.